IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3135 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN E. COFFMAN, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. The plaintiff's unopposed motion for continuance (filing 24) is granted.

2. The defendant's change of plea hearing set on October 27, 2009 is canceled until further order of the court.

3. A status telephone conference with counsel is set on Tuesday, April 27, 2010, at 1:00 p.m. My judicial assistant shall coordinate the call.

4. The time between today's date and April 27, 2010 is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

December 9, 2008.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge