IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3135 |
| V. | ) | |
| STEVEN E. COFFMAN, | ) | ORDER |
| Defendant. | ) | |

   IT IS ORDERED that a status conference with counsel to discuss whether this case may be dismissed will be held on September 22, 2010, at 12:00 noon, in the undersigned's chambers. The time between today's date and September 22, 2010 is excluded under the Speedy Trial Act and in the interest of justice. *See* 18 U.S.C. § 3161.

   DATED this 27th day of April, 2010.

                                    BY THE COURT:

                                    *Richard G. Kopf*
                                    United States District Judge