IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3135 |
| | ) | |
| V. | ) | |
| | ) | |
| STEVEN E. COFFMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

A status conference with counsel was held today.

IT IS ORDERED that an in-chambers status conference with counsel to discuss whether this case may be dismissed will be held on January 19, 2011, at 1:00 p.m. The time between today's date and January 19, 2011, is excluded under the Speedy Trial Act and in the interest of justice. *See* 18 U.S.C. § 3161.

DATED this 22nd day of September, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge