IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3135 |
| | ) | |
| vs. | ) | **ORDER FOR** |
| | ) | **DISMISSAL OF INDICTMENT** |
| STEVEN E. COFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The Motion of the United States is hereby granted. It is hereby ordered that the Indictment in this matter is dismissed without prejudice, as to the defendant, STEVEN E. COFFMAN.

DATED this 8th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge